| | | |
|---|---|---|
| **Court Room:** JC#3 | **Court Date/Time:** 3/29/2023 09:45 AM | **Process Type:** Interview |

## IN THE CIRCUIT COURT OF THE STATE OF OREGON FOR MULTNOMAH COUNTY
## MOTION FOR RELEASE OR SECURITY AMOUNT CHANGE

**STATE OF OREGON vs. Harmon, Kashi Abram**

### Defendant Unable to Sign

**Defendant:** Harmon, Kashi Abram

**SWIS Number:** [redacted]    **SID Number:** [redacted]    **FBI Number:** [redacted]

**Date of Birth:** [redacted] 1970 (53 yrs)    **Gender:** Male    **Race:** White

**Booking Number:** [redacted]    **Booking Date/Time:** 3/28/2023 1:51 PM

**Understands English:** Yes    **Primary Language:** English

**Interpreter Service:**

**Interpreter ID or Other:**

**Other Names:** No AKA's per Defendant

**Address:** [redacted]

**Address Verified:** No

**Phone:** [redacted]

**Comments -**

**Interviewer (SMR):** Residing at a current address for 5 yrs. Per DMV records: UNKNOWN [redacted] (No Valid Operators License)

FILED
MAR 29 2023
CIRCUIT COURT

**CHARGES:**

| Custody Charges & Holds | ORS Code | Case Number(s) | Number of Counts | Security Amount |
|---|---|---|---|---|
| USM HOLD | 001100 | | 1 | NO BAIL |
| FTA: UNLAW POSS FIREARM | 166250 | 22CR56027 | 1 | NO BAIL |
| FTA: FELON POSS FA | 166270 | 22CR56027 | 1 | NO BAIL |

**Security Amount Enhanced:** No    **Total Bail:** NO BAIL

**Enhancement Comments:**

**Co-Defendant(s):** None Per Defendant

**SWIS ID:** ███  **Defendant:** Harmon, Kashi Abram  **Booking Number:** ███

**CONVICTION HISTORY:**

**Known Conviction History Summary:** 14 Felonies, 6 Misdemeanors, 21 PV's

**Age at First Conviction:**

**Known Conviction History Detail:** Per LEDS: SEX OFFENDER REGISTRATION INFORMATION AGENCY CASE 10357475 NIC/X832754167- SEX ABUSE II - REGISTRATION DATE/1999/10/25  ENDING REGISTRATION DATE/NONEXP DATE OF LAST CONTACT/2021/12/23 MIS/SEX ABUSE 2-FEL, REPTD T0 P0RTLAND PD -PDP- 12-23-2021; 0UT 0F C0MPLIANCE  MISSED 2022 ANNUAL  **OREGON**  CR9201797 Sexual Abuse II (f), Sexual Abuse III (m) 1993; PV 1995; PV 1995; PV 1997; PV 1997; Probation Revoked 1998;  950432885 Resist Arrest  (m) PCS II (f) 1995; PV 1998; PV 1998;  980534084 Fleeing or Attempting to Elude a Police Officer (f) 1998;  000635184  Assault Pub Safety Ofcr (m) DUII (m), PCS II (f) 2001; Conditional Release Revoked 2004; PV 2004;  04010031 DUII (m) 2004;  200419384 Sex Abuse II (f), Del Cont Sub To Minor I&II x 2 (f) 2005;  200702683 Poss Meth (f) 2007;  111235055 Poss Meth (f) 2011; 120231097 Failure to Report as a Sex Offender (m) 2012; PV 2014;  121235345 Poss Meth (f) 2012 130431805 Poss Meth (f) 2013 131135085 Poss Meth (f) 2012; PV 2014;  140230798 Burg I (f), Unlawful Use of a Weapon (f) 2014;

**Known Behavior History:** 3 FTA Criminal (Per Statewide OJIN/eCourt/eSWIS Search)

**PENDING CASES:** None Per OJIN/eCourt

**Comments** - *No Comments*

**SUPERVISION STATUS:** None Per LEDS

**PSC Score:** 0    **PSC Risk Level:** Not Available

**Comments** - *No Comments*

**REFERENCES:** None Per Defendant

**HOUSING:** None Per Defendant

**Comments** - *No Comments*

**RELATIONSHIP:** None Per Defendant

**Comments** - *No Comments*

**ALCOHOL / DRUGS:** None Per Defendant

**Comments** - *No Comments*

**EMPLOYMENT / EDUCATION:** None Per Defendant

**MENTAL HEALTH:** None Per Defendant

**Comments** - *No Comments*

**VICTIM RELATIONSHIP** *(Person to Person Crimes Only):* None Per Defendant

**Comments** - *No Comments*

| *Scoring Tool* | **Response** |
|---|---|
| 1. Is the current offense a drug offense (MCS, DCS, PCS, including attempts) or is it an offense charged under ORS Chapter 166 or 181? | Yes = 1 |
| 2. Does the defendant have one or more charge(s) pending in court at the time of arrest? | No = 0 |

*Completed: 3/28/2023 7:45 PM*   Page 2 of 3   *Distribution: Original - Court  Copies - Pretrial Release, DA, Defense Attorney*

**Exhibit A**   **Page 2**

**SWIS ID:** ▮  **Defendant:** Harmon, Kashi Abram  **Booking Number:** ▮

| | |
|---|---|
| 3. Does the defendant have one or more warrants outstanding in another locality for charges unrelated to the current arrest? | No = 0 |
| 4. Does the defendant have one or more misdemeanor or felony convictions? | Yes = 1 |
| 5. Does the defendant have two or more failure to appear events? | Yes = 2 |
| 6. Has the defendant had three or more address changes in the past 12 months? | No = 0 |
| 7. Is the defendant employed, in school, or otherwise engaged as a primary caregiver for a child for LESS THAN 20 hours per week? | Yes = 1 |
| 8. Does the defendant have a history of drug abuse? | Yes = 1 |

**Total Score:** 6

### RELEASE DECISION:

**Release Assessment Score:** 6   (*Score of 6 or more requires a Hold*)

**Administrative Hold:** Yes   **Reason:** US Marshal Hold

**Release Guideline:** RG 3

**Recommendation(s):** Defer to Court

**Are there Overriding Circumstances?** No

**RG Override:**

**Reason for Override:**

**Security Amount Enhanced:** No

### SUMMARY

**Identified Risk Factors:** Charge nature, USM hold, CCH, Sex Offender

**Additional Risk Factors:** Non Compliant with Sex Offender Registration (last reported 12/23/21)

**Interviewer (SMR):** RG 3 due to charge nature. Defer to Court. VPRAI = 6. Def stated residing at current residence for 5 yrs, is unemployed and stated he has a history of drug abuse. Per LEDS: Def is NON COMPLIANT with SEX OFFENDER REGISTRATION and last reported 12/23/21. Per LEDS: 14 (f) and 6 (m) convictions with 2 (f) and 5 (m) person convictions, 8 (f) and 2 (m) person arrests. Per DOC: 14 Probation and 7 Parole Violations. Per eCourt/SWIS: 3 FTA's and no pending cases. Def to be interviewed by RAO.

***Defendant Unable to Sign - Def unable to sign due to COVID restrictions***

**Interviewer Initials:** MRS   **Interviewer Court #:** 10043   **No Contact Order Issued to Defendant:** No

# IN THE CIRCUIT COURT OF THE STATE OF OREGON FOR MULTNOMAH COUNTY
## MOTION FOR RELEASE OR SECURITY AMOUNT CHANGE

_Verified Correct Copy of Original 3/29/2023_

**Defendant**
Harmon, Kashi Abram

**SWIS #**

**Booking #**

**SID #**

I, the undersigned, being duly sworn, say the information on the Motion for Release or Security Amount Change is true. I understand that the information will be used to decide if I should be released or have my security amount reduced. I understand that if I don't tell the truth I can be charged with perjury or false swearing and, if convicted, I can be imprisoned. I further understand that community contacts will be made to verify this information. I authorize the Court to make these contacts to verify this information.

**Defendant's signature**
Defendant unable to sign due to COVID restrictions

**Date**
03/28/2023

**Subscribed and sworn before me this**
Twenty-eighth day of March 2023

**Release assistance officer**
MS

**Initials**
MS

**Court #**
10043


Multnomah County

Exhibit A                                                                                                               Page 4